of contract under such a complaint. Fallon v. Farber, 30 Misc.
Rep. 626; 62 N. Y. Supp. 742.

The judgment should, therefore, be reduced to eleven dollars
and fifty cents, and as modified affirmed, without costs to either
party.

Present: BEEKMAN, P. J., GIEGERICH and O'GORMAN, JJ.

Judgment modified and as modified affirmed, without costs.

---

ALLIE BRUID, Respondent, v. HENRY W. McVICKAR et al.,
Appellants.

APPEAL from a judgment of the Municipal Court of the city
of New York, second district, borough of Manhattan.

Kellogg, Rose & Smith, for appellants.

Noah & Seeley, for respondent.

*Per Curiam.* The record shows that the plaintiff knew that
the defendants were acting as agents for the landlord. Her cause
of action with respect to the money paid by her, if she has any,
is, therefore, against the landlord and not against the defendants.
Cooper v. Tim, 16 Misc. Rep. 372.

It follows that the judgment must be reversed.

Present: BEEKMAN, P. J., GIEGERICH and O'GORMAN, JJ.

Judgment reversed and new trial ordered, with costs to appel-
lant to abide event.